UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ERNESTO VENANCIO GUINEA,
Individually and on Behalf of All Others
Similarly Situated,

                          Plaintiff,                      JUDGMENT
                                                            19-cv-5860 (BMC)

     -against-

GARRIDO FOOD CORP. d/b/a IDEAL
FOOD BASKET and ANDRES FERREIRA,
Jointly and Severally,

                          Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on January 13, 2020, granting plaintiff's motion for default judgment; and directing the Clerk of Court to enter judgment in favor of plaintiff and against defendants, jointly and severally, in the amount of $187,805.29 in damages, plus $13,938.37 in attorneys' fees and $640.40 in out-of-pocket costs, for a total of $202,384.06; it is

        ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted; and that judgment is hereby entered in favor of in favor of plaintiff and against defendants, jointly and severally, in the total amount of $202,384.06.

Dated: Brooklyn, NY                                                 Douglas C. Palmer
       January 14, 2020                                     Clerk of Court

                                                      By:    /s/*Jalitza Poveda*
                                                               Deputy Clerk